AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Fredy Fernando RUAS COLOBON, Jhon Jairo ESTANARUIS, Walter Geronimo OLIVO and Wilfrido MENDOZA SANCHEZ<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  16-6519-Valle<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21, 2016__ in the county of __Broward__ in the __Southern__ District of __Florida, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Sections 70503(a) and 70506(b) | Conspiracy to Possess with the Intent to Distribute five (5) kilograms or more of Cocaine while on board a vessel subject to the jurisdiction of the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Hernandez; Special Agent; HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/13/16

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida    ALICIA O. VALLE; U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Michael Hernandez, being duly sworn, hereby depose and state:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since December 2008. I am responsible for conducting narcotics smuggling investigations involving the use of marine vessels. As a Special Agent with HSI, I have participated in numerous narcotics investigations, both international and domestic, involving physical and electronic surveillance and the use, control and administration of confidential sources. I have participated in the arrest and subsequent prosecution of numerous individuals. I also have spoken on numerous occasions with informants, suspects, defendants, and experienced narcotics investigators concerning the manner, means, methods and practices that drug traffickers use to further their drug trafficking operations and the most effective methods of investigating and dismantling drug trafficking organizations. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause to arrest Fredy Fernando RUAS COLOBON, Jhon Jairo ESTANARUIS, Walter Geronimo OLIVO and Wilfrido MENDOZA SANCHEZ, for violation of Title 46, United States Code, Sections 70503(a) and 70506(b), that is, knowingly and willfully conspiring to possess with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

3. Since this Affidavit is being submitted for the limited purpose of establishing probable cause, all of the information known to me and other law enforcement officers involved in this investigation is not set forth herein. The facts and information contained in this Affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation and a review of records, documents, and other physical items obtained during the course of this investigation.

4. On or about November 21, 2016, while on routine patrol, the United States Coast Guard ("USCG") Cutter Hamilton's helicopter detected a go-fast vessel approximately 375 nautical miles south of Puerto Quetzal, Guatemala in international waters and upon the high seas. The helicopter observed the crew of the go-fast vessel jettison packages over board and flee. A video recording was obtained. The helicopter maintained surveillance of the go-fast vessel as the USCG Cutter Hamilton launched an Over the Horizon ("OTH") boat to intercept the go-fast vessel. The helicopter employed warning shots and the go-fast vessel came to a stop. The OTH arrived and took control of the go-fast vessel.

5. The OTH's boarding team secured a statement of No Objection to conduct a Right of Visit Boarding which yielded no flag, no name, no registration number or any indicia of nationality about the vessel. The master of the vessel claimed Ecuadorian nationality for himself and the vessel. The crew was identified as Fredy Fernando RUAS COLOBON (an Ecuador National), Jhon Jairo ESTANARUIS (a Colombia National), Walter Geronimo OLIVO (an Ecuador National) and Wilfrido MENDOZA SANCHEZ (an Ecuador National). Pursuant to the master's claim of Ecuadorian nationality for the vessel, the Government of Ecuador was

contacted. The Government of Ecuador responded the registry of this vessel with their country could neither be confirmed nor denied. Therefore, the vessel was deemed to be without nationality and a vessel subject to the jurisdiction of the United States.

6. A total of fifteen (15) bales were recovered. The estimated weight of the fifteen (15) bales was approximately 755 kilograms of cocaine. Field tests performed on two of the recovered bales were positive for the presence of cocaine. The boarding team located aboard the go-fast vessel a "buoy" GPS tracker and a black tracker device. A tracker device and a GPS when attached to a bale or bales of cocaine bundled together can be used to locate the cocaine if placed into the water.

7. On or about December 12, 2016, the USCG Hamilton arrived at Guantanamo Bay, Cuba and transferred custody of the four (4) crew members, Fredy Fernando RUAS COLOBON ("RUAS COLOBON"), Jhon Jairo ESTANARUIS ("ESTANARUIS"), Walter Geronimo OLIVO ("OLIVO") and Wilfrido MENDOZA SANCHEZ ("MENDOZA SANCHEZ"), to United States law enforcement officers. On that same date, RUAS COLOBON, ESTANARUIS, OLIVO and MENDOZA SANCHEZ first entered the United States at Broward County, Florida.

8. After being advised of their *Miranda* rights and waiving the same agreeing to make a statement without an attorney present, the four (4) defendants stated they had been fishing when another vessel came alongside to force the four (4) defendants to take possession of the bales of cocaine to make a delivery. Subsequently, RUAS COLOBON and OLIVO retracted their original exculpatory statements and confessed to knowingly and willfully conspiring with the others aboard the go-fast vessel to possess with the intent to distribute cocaine and throwing the bales of cocaine into the ocean when the presence of law enforcement was detected and

attempting to escape to avoid arrest. RUAS COLOBON and OLIVO stated their original statements were concocted by the four (4) defendants after their apprehensions to attempt to hide their guilt. RUAS COLOBON and OLIVO advised that the four (4) defendants were aware the bales contained cocaine and knowingly, freely and voluntarily were involved in the transport of the cocaine. RUAS COLOBON explained that ESTANARUIS (the Colombian National) was present as security to insure that the cocaine was delivered and not stolen by RUAS COLOBON, OLIVO, and/or MENDOZA SANCHEZ.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL HERNANDEZ, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to me before this 13th day of December, 2016.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE