UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60353-CR-BLOOM

UNITED STATES OF AMERICA,

vs.

FREDY FERNANDO RUAS COLOBON,

Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of Count 1 of the Indictment.  The parties agree that the below factual proffer is a summary relating to the defendant's conduct and does not include every detail of the offense but are sufficient to establish the elements of the offense.  The defendant further agrees that the facts below were committed knowingly, willfully, and voluntarily.

1.      On or about November 21, 2016, while on routine patrol, the United States Coast Guard ("USCG") Cutter Hamilton's helicopter detected a go-fast vessel approximately 375 nautical miles south of Puerto Quetzal, Guatemala in international waters and upon the high seas.  The helicopter observed the crew of the go-fast vessel jettison packages over board and flee.  A video recording was obtained.  The helicopter maintained surveillance of the go-fast vessel as the USCG Cutter Hamilton launched an Over the Horizon boat to intercept the go-fast vessel.

The helicopter employed warning shots and the go-fast vessel came to a stop.  The Over the Horizon boat arrived and took control of the go-fast vessel.

2.      The Over the Horizon boat's boarding team secured a statement of No Objection to conduct a Right of Visit Boarding which yielded no flag, no name, no registration number or any indicia of nationality about the vessel.  The master of the vessel claimed Ecuadorian nationality for himself and the vessel.  The crew was identified as the master Fredy Fernando RUAS COLOBON (an Ecuador National), Jhon Jairo ESTANARUIS (a Colombia National), Walter Geronimo OLIVO (an Ecuador National) and Wilfrido MENDOZA SANCHEZ (an Ecuador National).   Pursuant to the master's claim of Ecuadorian nationality for the vessel, the Government of Ecuador was contacted.  The Government of Ecuador responded the registry of this vessel with their country could neither be confirmed nor denied.  Therefore, the vessel was deemed to be without nationality and a vessel subject to the jurisdiction of the United States.

3.      A total of fifteen (15) bales were recovered from the ocean.  The estimated weight of the fifteen (15) bales was approximately 755 kilograms of cocaine.  Field tests performed on two of the recovered bales were positive for the presence of cocaine.  The boarding team located aboard the go-fast vessel a "buoy" GPS tracker and a black tracker device.  A tracker device and a GPS when attached to a bale or bales of cocaine bundled together can be used to locate the cocaine if placed into the water.

4.      On or about December 12, 2016, the USCG Hamilton arrived at Guantanamo Bay, Cuba and transferred custody of the four (4) crew members, Fredy Fernando RUAS COLOBON ("RUAS COLOBON"), Jhon Jairo ESTANARUIS ("ESTANARUIS"), Walter Geronimo OLIVO ("OLIVO") and Wilfrido MENDOZA SANCHEZ ("MENDOZA SANCHEZ"), to United States law enforcement

officers.  On that same date, RUAS COLOBON, ESTANARUIS, OLIVO and MENDOZA SANCHEZ first entered the United States at Broward County, Florida.

5.      After being advised of their *Miranda* rights and waiving the same agreeing to make a statement without an attorney present, the four (4) defendants stated they had been fishing when another vessel came alongside to force the four (4) defendants to take possession of the bales of cocaine to make a delivery.  RUAS COLOBON by pleading guilty hereby retracts his original exculpatory statement and confesses to knowingly and willfully conspiring with the others aboard the go-fast vessel to possess with the intent to distribute cocaine and throwing the bales of cocaine into the ocean when the presence of law enforcement was detected and attempting to escape to avoid arrest. RUAS COLOBON admits that the four (4) defendants were aware the bales contained cocaine and knowingly, freely and voluntarily were involved in the transport of the cocaine.   The fishing explanation\excuse was concocted by the four (4) defendants after their apprehensions to attempt to hide their guilt.

6.      The parties agree that there is enough of a factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), is a vessel subject to the jurisdiction of the United States.

7.      A forensic chemist employed by the Drug Enforcement Administration or DEA found a representative sample of ten (10) kilograms of the white powder inside the recovered fifteen (15) bales to be cocaine.

8.      By his signature below, the defendant verifies that:

    A)      he has read and understood the foregoing;

    B)      the stipulated factual record is true and correct;

C)      he signs this document freely and voluntarily after he has received the advice of
        his counsel.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 2/4/17          By: _____
                           DONALD F. CHASE, II
                           ASSISTANT UNITED STATES ATTORNEY

Date: 02/10/2017      By: _____
                           FREDY FERNANDO RUAS COLOBON
                           DEFENDANT

Date: 2/10/2017       By: _____
                           MICHAEL DAVID SPIVACK
                           ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 02/17/2017      By: _____
                           LILIANA PAZ
                           FAD INTERPRETER