

```
S 02 x 20,000  ) 962.8
W 0 93 x 40,000 ) 252 329

S 02 x 30,000 )
W 0 95 x 50,000 )

S 0 24 x 35,000
W 0 97 x 40,000
W 0 91 30,000
N 02 40,000

                N 02 x 10,000     ) 736
                                    265 32
                W 091 x 30 x 000

                N 02   30 x 000  ) 2
                W 0 95  50 x 000

                N o 2 x 30 x 000  ) 3
                W o 97 x 35 x 000
                N o 8 x  00,000
                W o 98 x  15,000
```

(Page also contains inverted / rotated handwritten notations including: "Rumbo", "Colobiday", "W078.24'183", "Sall", "9 24", "1044", "W 09 to 30,000", "N 02 040,000", "0908922080", "W 050 20,000", "A 09 035,000", "W078.24'.192", "02.34.393", "S02.22,000", "W083.30,000", "22.9", "Rumbo 229", "305.9", "Rumbo 926 N95.1", "S02.20,000", "W088.30,000", "240", "28,000", "No3.4", "Rumbo 236 5267", "241.", "5 65.0 6437", "Rumbo 244 250", and a cancelled stamp "CANCELADO ... RECAUDACION")