UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60353-CR-BLOOM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDY FERNANDO RUAS COLOBON,

        Defendant.
_____/

**SAFETY VALVE STATEMENT**

      Some men from Colombia approached me and asked me if I would do a little job for them. The men told me they wanted me to transport something on a boat. They never said it was drugs but I assumed it was drugs. The men offered me $3,800 U.S. Dollars to smuggle the drugs. The men transported me to Colombia. When I got to Colombia, the men introduced me to three other men who were already there. The Colombians gave us a boat with the drugs on the boat. Myself and the three other men took the boat out to the ocean to smuggle the drugs. While we were on the ocean we were stopped by the United States Coast Guard. The Colombian men did not give me their real names.

                                                *Mr. Fredy F. Ruas Colobon*
                                                Mr. Fredy F. Ruas Colobon

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   *s/ Michael D. Spivack*
      Michael D. Spivack
      Assistant Federal Public Defender
      Florida Bar No. 508969
      One East Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida 33301
      Tel: 954-356-7436
      Fax: 954-356-7556
      E-Mail: michael_spivack@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on <u>April 28, 2017</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/ Michael D. Spivack*</u>
Michael D. Spivack