UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-60353(1)-BLOOM/Hunt

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDY FERNANDO RUAS COLOBON,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant Fredy Fernando Ruas Colobon's Motion to Reduce Sentence, ECF No. [102] ("Motion"). The Government filed a Response in Opposition, ECF No. [104]. Defendant did not file a Reply.

On January 31, 2024, the Court referred the Motion to Magistrate Judge Patrick M. Hunt for a Report and Recommendations. ECF No. [111]. Judge Hunt issued his Report and Recommendations, ECF No. [120] ("R&R"), on March 13, 2024. Judge Hunt found Defendant is a zero-point offender who is eligible for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2). *Id.* at 5. The R&R recommends that the Court grant Defendant's Motion and further recommends a reduced sentence of 168 months. *Id.* at 7.

The Parties did not file objections to the R&R. Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with

Case No. 16-cr-60353(1)-BLOOM/Hunt

the analysis in the R&R and concludes that Defendant's Motion should be granted for the reasons stated therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [120]**, is **ADOPTED**;

2. Defendant Fredy Fernando Ruas Colobon's Motion to Reduce Sentence, **ECF No. [102]**, is **GRANTED**;

3. Defendant shall receive a reduced sentence of 168 months and an Amended Judgment will follow.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 20, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record